IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on March 16, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. |
| v. : | |
| NATALIA BURLINOVA, : | VIOLATIONS: |
| also known as : | |
| Natalya Burlinova, : | 18 U.S.C. § 371 |
| : | (Conspiracy to Act as an Illegal |
| Defendant. : | Agent of a Foreign Government) |
| : | |
| : | 18 U.S.C. § 951 |
| : | (Acting as an Illegal Agent of a |
| : | Foreign Government) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

At all times material to this Indictment:

1. Natalia Burlinova (also known as Natalya Burlinova) ("Burlinova") was a national of the Russian Federation ("Russia"). Burlinova was the founder and President of a Russian organization named "Public Initiative 'Creative Diplomacy'" ("PICREADI"). Burlinova's prior employment experience included work for a Russian state-owned domestic news agency and a Russian research institute founded by a former President of Russia.

2. PICREADI publicly presented itself as "one of the leading Russian organizations on public diplomacy" and as "[d]evoted to the Russian national interests and to the idea that [the] Russian voice should be heard." PICREADI publicly described itself as a non-governmental organization that was funded by grants from the Russian government, including from the

Presidential Grant Foundation and the Russian National Charity Fund. PICREADI also publicly described itself as operating an independent academic research center.

3. "Meeting Russia" was a public diplomacy program operated by PICREADI from at least 2017 through 2021. Meeting Russia was a three-day program held in Moscow each year during which young leaders from the United States and Europe met with senior Russian government officials and other Russian leaders. United States citizens participated in the Meeting Russia programs in Moscow from at least 2017 through 2021 in person and, in some instances, by video conference. PICREADI paid for the lodging and accommodations of Meeting Russia participants and in some cases reimbursed participants for all or a portion of their travel costs.

4. "Public diplomacy" is a term of art that refers to the means by which a sovereign country communicates with the public in other countries in order to inform and influence foreign audiences for the purpose of promoting the country's national interests and advancing its foreign policy goals.

5. The Federal Security Service ("FSB") Officer is a citizen of Russia who resided in Moscow, Russia and was employed by the FSB. The FSB was Russia's internal security and counterintelligence service, headquartered on Lubyanka Square in Moscow, Russia. The FSB implemented Russia's national security policies, including in the areas of counterintelligence, counterterrorism, and internal security.

6. Neither Burlinova nor the FSB Officer were (a) a duly accredited diplomatic or consular officer or attaché; (b) an officially and publicly acknowledged and sponsored official or representative of the Russian Federation; or (c) an officially and publicly acknowledged and sponsored staff member or employee thereof.

7. At no time did Burlinova notify the Attorney General, whose office is located in the District of Columbia, that Burlinova would and did act in the United States as an agent of a

foreign government.

## The Conspiracy

8. Beginning no later than in or around February 2015, and continuing until at least in or around July 2021, in the District of Columbia and elsewhere, Burlinova, the FSB Officer, and others known and unknown to the grand jury knowingly and intentionally did combine, conspire, confederate, and agree with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 951, in violation of Title 18, United States Code, Section 371.

9. The object of the conspiracy was for Burlinova to knowingly act in the United States as an agent of a foreign government and foreign official, specifically Russia and the FSB Officer, without providing notification to the Attorney General.

10. Burlinova, the FSB Officer, and their co-conspirators would and did use the following manner and means, among others, to accomplish the object of the conspiracy:

   a. Burlinova agreed to operate within the United States subject to the direction and control of Russia and the FSB Officer, and did so when she traveled from Russia to the United States to recruit U.S. citizens for participation in the Meeting Russia programs;

   b. The FSB Officer provided funding for Burlinova's recruitment efforts on behalf of the FSB;

   c. Burlinova provided information to the FSB Officer about the U.S. citizens whom Burlinova was attempting to recruit for participation in the Meeting Russia programs, including biographical information, personal identifying information, photographs, and political opinions;

d. At the request of the FSB Officer, Burlinova provided the FSB Officer with information about Burlinova's recruitment efforts to include in FSB reports that the FSB Officer prepared;

e. Burlinova and the FSB Officer monitored the career developments of the recruited U.S. citizen participants in the Meeting Russia programs, with the aim that some of them would become influential public figures with views sympathetic to Russian national interests; and

f. Burlinova and the FSB Officer met in person and communicated via electronic means for the purpose of developing a plan to influence the opinions of future leaders in the United States on behalf of the Russian government.

11. In furtherance of this conspiracy, and to accomplish its purpose and object, at least one of the conspirators committed or caused to be committed, in the District of Columbia and elsewhere, at least one of the following overt acts, among others:

a. In or around February 2015, Burlinova informed the FSB Officer of Burlinova's desire to attend conferences in the United States in order to advocate for Russian interests.

b. On or about February 18, 2015, the FSB Officer informed Burlinova that from his position he could help send Burlinova to the United States. The FSB Officer specified that Burlinova would need to propose a list of American experts and specialists with whom Burlinova intended to meet during her travel. The FSB Officer also instructed Burlinova that her proposal for travel to the United States should specify that the purpose of the travel would be for Burlinova to establish and develop relationships with American experts, policymakers, journalists, and activists. The FSB Officer told Burlinova that it would be easy to get funding

4

for her travel if she were to plan to contact American experts with specific ties to information platforms.

c. On or about March 7, 2015, the FSB Officer provided Burlinova with a list of individuals associated with U.S. universities and foreign policy institutes. The FSB Officer instructed Burlinova to study the publications and activities of the people on his list, so that the FSB Officer and Burlinova could discuss the possibility of Burlinova reaching out to them.

d. On or about April 3, 2015, the FSB Officer referred Burlinova to prominent scholars at U.S. universities, noting that they were influential and well-known and could recommend students to study in Russia.

e. On or about May 13, 2015, the FSB Officer provided Burlinova with a long list of assignments, including for Burlinova to provide the FSB Officer with information about her contacts and meetings and her efforts to organize conferences and trips to Moscow by American leaders.

f. In or around December 2016, Burlinova and the FSB Officer exchanged e-mail messages discussing the participants in the upcoming 2017 Meeting Russia program in Moscow, which was scheduled for February 2017. The discussions included information about U.S. citizens who would participate in the program. The FSB Officer informed Burlinova that he would need copies of the participants' passports for verification.

g. On or about January 8, 2017, Burlinova asked the FSB Officer for assistance obtaining visas for the participants in the upcoming 2017 Meeting Russia program. Also in or around January 2017, Burlinova and the FSB Officer

evaluated the resumes of potential participants in the upcoming 2017 Meeting Russia program to identify interesting candidates.

h. From on or about February 16 through on or about February 18, 2017, Burlinova hosted the 2017 Meeting Russia program in Moscow. U.S. citizens traveled to Russia to participate in the program. During the program, the participants visited the Russian Ministry of Defense, Ministry of State, and Ministry of Foreign Affairs. One participant was asked and agreed to participate in an interview for a Russian news station regarding her participation in the Meeting Russia program. One speaker at the event was a former accused Russian intelligence agent who had operated in the United States until 2010, when the speaker was arrested in the United States and later released as part of a prisoner exchange between the United States and Russia.

i. On or about February 16, 2017, Burlinova provided the FSB Officer with a summary of her initial impressions and observations of the U.S. citizen participants and their views towards Russia. Burlinova stated to the FSB Officer that she would provide a full report after the Meeting Russia program ended.

j. On or about November 9, 2017, Burlinova provided information to the FSB Officer about U.S. citizen participants in the 2017 Meeting Russia program who, in Burlinova's view, had positive attitudes towards Russia and were prepared to continue to collaborate.

k. In or around February 2018, Burlinova provided information to the FSB Officer about the upcoming 2018 Meeting Russia program, scheduled for the following month, including information about the budget for the program and the expected participants, including their passport information. The FSB Officer claimed to

6

have utilized the participant passport information to facilitate the granting of visas to Meeting Russia participants.

l. From on or about March 16 through on or about March 18, 2018, Burlinova hosted the 2018 Meeting Russia program in Moscow. U.S. citizens traveled to Russia to participate in the program, during which presenters asked some U.S. citizens to encourage others to attend future Meeting Russian events. Some participants later described the program as pushing a pro-Russian agenda and as being in part designed to identify U.S. participants who might later serve in the U.S. government.

m. On or about October 5, 2018, Burlinova informed the FSB Officer about two prior participants in another Russian public diplomacy program in which Burlinova had been involved. Burlinova reported that the two prior participants, both of whom resided in a European country, were running for public office. Burlinova stated that these were the results that take years to come into fruition. The FSB Officer responded that this was truly the result for which they were striving and requested that Burlinova provide more information about these prior participants and the election for public office so that the FSB Officer could prepare a report. The two candidates ran for parliamentary positions; one won in that election, and the other was elected subsequently to parliament.

n. On or about October 6, 2018, Burlinova transmitted to the FSB Officer an academic paper studying the role of Russian intelligence services and Russian institutions of soft power in the design and implementation of the present-day strategies of knowledge weaponization and ideological subversion. The paper characterized PICREADI as a Russian ideological subversion agency with

characteristics of a government-sponsored non-governmental organization. Burlinova then commented to the FSB Officer that some in Washington viewed PICREADI as just a handshake away from Russian President Vladimir Putin.

o. In or around October 2018, the FSB Officer told Burlinova that he needed to meet with her, that he had decided on the plans, that he was evaluating her funding, and that he needed materials from her that were necessary to include in his reports.

p. On or about October 28, 2018, Burlinova informed the FSB Officer that she needed extra money for her upcoming travel to the United States, where she intended to have many meetings over two weeks. Burlinova stated that grant money alone would not allow her to stay in the United States for as long as she intended. The FSB Officer replied the following day that he would discuss the issue and that most likely it would work out.

q. On or about October 31, 2018, the FSB Officer informed Burlinova that the decision had been made and that 150,000 rubles had been ordered.

r. On or about October 31, 2018, Burlinova was issued a visa to travel to the United States for business/tourism purposes. In her visa application submitted earlier that month, Burlinova had informed U.S. authorities that she planned to travel to the United States from November 12-26, 2018, and to visit a named U.S. university. The visa application stated that PICREADI was paying for her travel, and did not include any information about FSB funding.

s. Also on or about October 31, 2018, a Russian national working on behalf of PICREADI sent an e-mail message, copying Burlinova, to an individual at a U.S. university that stated, among things:

> [N]atalia Burlinova and I represent Creative Diplomacy, a Moscow-based NGO [non-governmental organization] specializing in public diplomacy research, training, and events. We are visting New York, D.C., and Boston this November with two main goals: 1) to promote Meeting Russia, a 3-day program on Russia's foreign policy for young professionals . . . [and] 2) to introduce the work of [PICREADI] more generally . . . .

t. On or about November 12, 2018, Burlinova traveled by air to the United States, landing at Dulles International Airport in Virginia. Burlinova traveled with another Russian national who was working on behalf of PICREADI.

u. On or about November 15, 2018, Burlinova provided to the FSB Officer a list of individuals and organizations she expected to meet with on her upcoming trip to the United States.

v. From on or about November 12 through on or about November 26, 2018, Burlinova and the other Russian national working on behalf of PICREADI attended meetings at several U.S. universities and other organizations in an effort to recruit participants for the 2019 Meeting Russia program. The meetings occurred on or about at least November 14, 15, and 16, 2018, in at least two different metropolitan areas in the United States. Participants in the meetings sent emails to Burlinova after the meetings, expressing interest for themselves or others in the upcoming 2019 Meeting Russia program.

w. On or about November 15, 2018, while Burlinova was in the United States, the FSB Officer reminded Burlinova that they had agreed to announce her trip to the United States, and he asked for a sample program and information on each person or institution with which Burlinova was meeting.

x. On or about November 15, 2018, Burlinova sent to the FSB Officer several photographs of her meetings with U.S. citizens at the U.S. universities and updated him on her various meetings in the United States.

y. On or about November 23, 2018, while in the United States, Burlinova asked the FSB Officer if he needed anything from her before the end of the week. The FSB Officer responded that he hoped that everything was going according to schedule and that she could provide details of her trip to him soon.

z. On or about November 29, 2018, the FSB Officer reminded Burlinova that she had agreed to provide information to him summarizing the results of the trip. Burlinova replied that she had sent the materials to him in a "secret chat" using an encrypted messaging application. Burlinova also provided to the FSB Officer using electronic communications over 60 photographs of her meetings at the U.S. universities earlier that month.

aa. On or about November 30, 2018, the FSB Officer told Burlinova that he was still processing all of the information that she had provided and expressed great satisfaction with Burlinova's activities in the United States.

bb. On or about January 21, 2019, around two months before the scheduled 2019 Meeting Russia program, the FSB Officer asked Burlinova if he and she would be meeting soon to plan the event. Burlinova responded that she would send to the FSB Officer the list of participants so that he could look and check it. The FSB Officer later informed Burlinova that he had reviewed the list and sent it for verification and commended Burlinova for choosing a better set of participants this year.

cc. On or about January 30, 2019, Burlinova asked the FSB Officer for feedback on the list of participants for the upcoming 2019 Meeting Russia program. The FSB Officer responded that everything was excellent and that no one had any problems with the list of participants.

dd. On or about February 13, 2019, the FSB Officer instructed Burlinova to request passports from the Meeting Russia participants for their visas and said that he would check on the status of the visas.

ee. On or about March 20, 2019, Burlinova sent to the FSB Officer the final list of participants and the agenda for the 2019 Meeting Russia program.

ff. From on or about March 28 through on or about March 30, 2019, the 2019 Meeting Russia program was held in Moscow. U.S. citizens traveled to Russia to participate in the program.

gg. On or about April 1, 2019, the FSB Officer told Burlinova that he had nearly finished his report of the 2019 Meeting Russia program and requested that she describe to him the reactions of the participants and the prospects of further work with them.

hh. On or about April 16, 2019, Burlinova sent a message to the FSB Officer stating that she would be near Lubyanka Square (where the FSB's headquarters was located) the next day and offering to meet. The FSB Officer asked Burlinova if she had written what they had agreed, stating that this was very important and requesting that no one see the report that she was writing since that could lead to questions about why she was doing that.

ii. On or about May 17, 2019, the FSB Officer asked Burlinova to send to him some information on Burlinova's activities because his reports were due every Friday.

jj. On or about May 28, 2019, the FSB Officer requested that he and Burlinova meet with the FSB Officer's boss, who had a proposal to discuss with the FSB Officer and Burlinova. Burlinova asked how dangerous this would be for her and if this would threaten her in any way. The FSB Officer replied that he trusts

      his boss, that he and his boss had been working together for a long time, and that his boss would defend their interests before the higher leadership.

kk. On or about October 30, 2020, the FSB Officer forwarded to Burlinova an article written by a participant in the 2019 Meeting Russia program, which argued that Russian malign influence efforts were actually legitimate uses of state soft power. The FSB Officer commented to Burlinova that the article was a huge result for them and would be revolutionary if printed by a named English-language newspaper in the United States and a named English-language newspaper in Europe.

ll. Burlinova and the FSB Officer continued to communicate throughout 2020 and at least into 2021. On or about July 2, 2021, the FSB Officer stated to Burlinova that they were working together to change the rhetoric of the West.

**(Conspiracy to Act as an Illegal Agent of a Foreign Government**, in violation of Title 18, United States Code, Section 371; Title 18, United States Code, Section 951.)

## COUNT TWO

12. The allegations in Paragraphs 1 through 11 of this Indictment are incorporated and realleged here by reference.

13. Between in or around November 12, 2018, and November 26, 2018, in the District of Columbia and elsewhere, Burlinova knowingly acted in the United States as an agent of a foreign government, specifically Russia, and a foreign official, specifically the FSB Officer, without providing notification to the Attorney General as required by law.

**(Acting as an Illegal Agent of a Foreign Government** in violation of Title 18, United States Code, Section 951.)

A TRUE BILL

FOREPERSON

*Matha M Grapes*
Attorney of the United States in
and for the District of Columbia